IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ANTHONY K. IT,

    Plaintiff,

v.

OFFICER BENDERAK, et al.,

    Defendants.

ORDER

Case No. 18-cv-250-wmc

Plaintiff Anthony K. It, a prisoner in the custody of the Wisconsin Department of Corrections, has submitted a proposed civil action under 42 U.S.C. § 1983. Plaintiff has filed a copy of a trust fund account statement in support of his motion for leave to proceed without prepaying the fee. However, a decision regarding plaintiff's indigency status cannot be made at this time because the trust fund account statement plaintiff submitted does not cover the *entire* six-month period immediately preceding the filing of the complaint.

Plaintiff has submitted a statement for the month of March 2018. Instead, plaintiff must submit a certified copy of a trust fund account statement for the *entire* six-month period immediately preceding the filing of the complaint beginning approximately October 8, 2017 and ending approximately April 8, 2018. Once the necessary statement has been submitted, I will calculate the initial partial payment and advise plaintiff of the amount due before the court can screen the merits of the complaint under 28 U.S.C. § 1915(e)(2).

ORDER

IT IS ORDERED that plaintiff Anthony K. It may have until May 3, 2018 to submit a certified trust fund account statement for the period beginning approximately October 8, 2017

1

and ending approximately April 8, 2018. If, by May 3, 2018, plaintiff fails to respond to this order, I will assume that plaintiff wishes to withdraw this action voluntarily. In that event, the case will be closed without prejudice to plaintiff filing the case at a later date.

Entered this 12th day of April, 2018.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge