IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ANTHONY KWAAME IT,

              Plaintiff,

v.                                          Case No.  18-cv-250-wmc

OFFICER BENDERAK, LT. CORNELIUS,
SGT. CRAFT, CP. WARGANESE, UNKNOWN
CCI OFFICERS, SECURITY DIRECTOR WEBER,
WARDEN DITMAN, OFFICER HOUG,
LINDSEY WALKER, OFFICER ROWER,
OFFICER LLOYD, OFFICER FABRY,
OFFICER FOSS, MORE JOHN DOES and
OFFICER JEZUIT,

              Defendants.

---

JUDGMENT IN A CIVIL CASE

---

      IT IS ORDERED AND ADJUDGED that judgment is entered dismissing with prejudice this case.


| /s/ | 12/02/20 |
|---|---|
| Peter Oppeneer | Date |
| Clerk of Court | |